UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANO LANDICHO, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMERICA'S WHOLESALE LENDER, et al.,<br><br>          Defendants. | No.  2:16-cv-164-JAM-KJN PS<br><br><br><br>ORDER |

Presently pending before the court is defendant JPMorgan Chase Bank, N.A.'s ("Chase") motion to dismiss plaintiffs' first amended complaint, which is presently scheduled for hearing on May 5, 2016.  (ECF No. 17.)  Pursuant to Local Rule 230(c),[1] plaintiffs were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by April 21, 2016.  To date, no such opposition or statement of non-opposition has been filed.

In light of plaintiffs' failure, the court has considered whether the case should be dismissed or other sanctions imposed.  Nevertheless, in light of plaintiffs' *pro se* status, and the court's desire to resolve the action on the merits, the court *sua sponte* grants plaintiffs an

---

[1] A copy of the court's Local Rules may be obtained in person from the Clerk's Office or on the court's website at http://www.caed.uscourts.gov/caednew/.

1

additional opportunity to oppose the motion, and thus continues the hearing on Chase's motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 5, 2016 hearing on Chase's motion to dismiss is VACATED and CONTINUED to June 9, 2016, at 10:00 a.m., in Courtroom No. 25 before the undersigned.  In light of the pending motion to dismiss, the status (pretrial scheduling) conference previously set for June 9, 2016, is VACATED, subject to rescheduling at a later juncture.
2. Plaintiffs' opposition or statement of non-opposition to Chase's motion shall be filed no later than May 12, 2016.
3. Chase shall file any reply brief no later than May 26, 2016.
4. No further briefing will be permitted unless specifically requested by the court.
5. Failure to file an opposition or statement of non-opposition by the new required deadline will result in a recommendation that the entire action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

Dated:  April 25, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE